**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 12, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00088-CV

### LILLIE SCHECHTER, JENNIFER HALVORSEN, GIORDAUN BETTY, AND THE HARRIS COUNTY DEMOCRATIC PARTY, Appellants

### V.

### GEORGE  POWELL, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-88409**

## MEMORANDUM  OPINION

This is an appeal from an order signed January 8, 2020. On March 2, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.